# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRIAN CLAY GREEN,

    Petitioner,

v.

M. ELIOT SPEARMAN, Warden,

    Respondent.

CASE NO. 2:16-CV-07105-JFW (SK)

**JUDGMENT**

Pursuant to the Order Accepting the Report of U.S. Magistrate Judge and Recommendation to Dismiss Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: May 18, 2017

HON. JOHN F. WALTER
U.S. DISTRICT JUDGE